In the Matter of NORMAN KEITH WHITE, a Suspended Attorney. [979 NYS2d 538]—

Eng, P.J., Rivera, Skelos, Dillon and Balkin, JJ., concur.